# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VELICIA MICHELLE RICHARDSON,**

       **Plaintiff,**

**v.**                                               **Case No:   6:13-cv-488-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Baker (Doc. 23) and the Plaintiff's objection (Doc. 24) thereto.   The Commissioner has not filed a response.

Upon *de novo* review, the Court agrees that the decision of the Commissioner is due to be affirmed.   The ALJ's determination that the child had a less than marked limitation in the domain of "interacting and relating with others" is supported by substantial evidence.   The Plaintiff points to other evidence in the record that would support a contrary conclusion, but that does not undermine the evidence relied upon by the ALJ.   In addition, the Court agrees that the Appeals Council correctly determined that the teacher questionnaires submitted after the ALJ's decision did not warrant remand.   The questionnaires were dated December 16, 2011 and by all indications assessed the child's status as of that date, whereas the ALJ's decision was handed down on September 23, 2011.   The Appeals Council must consider "new, material, and chronologically relevant evidence," *Ingram v. Comm'r of Soc. Sec.*, 496 F.3d 1253, 1261 (11th Cir. 2007), but at

least in this case, an assessment of the claimant's status nearly three months after the ALJ's decision does not meet this standard.   Accordingly, it is hereby

**ORDERED** that the Plaintiff's objection is OVERRULED; the Report and Recommendation of the Magistrate Judge is CONFIRMED, and the Decision of the Commissioner is AFFIRMED.   The Clerk is directed to enter judgment for Defendant and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 20, 2014.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party